IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| FRIENDS OF ANIMALS, et al., | : | CIVIL ACTION |
| Petitioners, | : | |
| | : | |
| v. | : | No. 2:09-cv-5349 |
| | : | |
| U.S. NATIONAL PARKS MIKE CALDWELL, in his official capacity of superintendent of Valley Forge National Historic Park, et al., | : : : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this 27th day of October, 2010, upon consideration of Petitioners' motion for summary judgment (doc. no. 23), Respondents' motion for summary judgment (doc. no. 27), the respective responses thereto, and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that Petitioners' motion is **DENIED** and Respondents' motion is **GRANTED**. Judgment is entered in favor of Respondents and against Petitioners. The Clerk of Court is directed to mark this case closed.

                                                        **BY THE COURT:**

                                                        **/s/ Mitchell S. Goldberg**
                                                        _____
                                                        **MITCHELL S. GOLDBERG, J.**