# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRIENDS OF ANIMALS, et al., Petitioners, | CIVIL ACTION |
| v. | No. 2:09-cv-5349 |
| U.S. NATIONAL PARKS MIKE CALDWELL, in his official capacity of superintendent of Valley Forge National Historic Park, et al., Respondents. | |

## ORDER

**AND NOW,** this 22nd day of November, 2010, upon consideration of Petitioners' "Motion for Injunction Pending Appeal Pursuant to FED. R. CIV. P. 62(c)," (doc. no. 42), Respondents' response thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Petitioners' motion is **DENIED**.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**Mitchell S. Goldberg, J.**